■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD ALVAREZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered February 26, 1976, convicting defendant after a jury trial of criminal sale of

a controlled substance in the first degree and criminal possession of a controlled substance in the first degree, unanimously modified, on the law, to dismiss the counts of criminal possession of a controlled substance in the first degree and otherwise affirmed. Defendant, on the facts of this case, could not have committed the criminal possession of a controlled substance in the first degree without also having committed the criminal sale of a controlled substance in the first degree, the counts being inclusory and concurrent (CPL 300.30, subd 4; *People v Rivers,* 59 AD2d 847). Where the verdict is comprised of inclusory, concurrent counts, a verdict of guilty on the greater is deemed a dismissal of the lesser count (CPL 300.40, subd 3, par [b]; *People v Lee,* 39 NY2d 388, 390). We have examined the other points raised by appellant and find them without merit. Moreover, although afforded an opportunity to do so, appellant *pro se* has failed to file any supplemental points. Concur—Lupiano, J. P., Birns, Fein, Markewich and Sullivan, JJ.